**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JEFFERY SIMMONS,

    Plaintiff,

v.                                                  Case No. 3:13-cv-384-J-99TJC-JRK

SGT. YATES, et al.,

    Defendants.

_____

**ORDER**

Upon review, it is hereby

**ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. #9), to which no objections have been filed, is hereby **adopted** as the opinion of the Court.

2. This case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

3. The Clerk shall terminate all pending motions, enter judgment dismissing this case without prejudice, and close this case.

**DONE AND ORDERED** at Jacksonville, Florida this 10th day of December, 2013.

_____
TIMOTHY J. CORRIGAN
United States District Judge

sa 12/9
c:
Jeffery Simmons
The Honorable James R. Klindt, United States Magistrate Judge